**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Miguel Angel GARCIA–AMESQUITA, a.k.a. Juan Tomas Arias–Rivas, a.k.a. Miguel Angel Garcia–Amesguita, Defendant–Appellant.**

**No. 11–10212.**

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2012.*

Filed May 21, 2012.

Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Thomas E. Higgins, Esquire, Law Offices of Thomas E. Higgins Jr., Tucson, AZ, for Defendant–Appellant.

Before: CANBY, GRABER, and M. SMITH, Circuit Judges.

**MEMORANDUM** \*\*

Miguel Angel Garcia–Amesquita appeals from his guilty-plea conviction and 18–month sentence for re-entry after deporta-

tion, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Garcia–Amesquita's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.